## ALEXANDER GRAIN CO. v. SCOTT.

No. 8663—Opinion Filed April 2, 1918.

(171 Pac. 1110.)

(Syllabus.)

**Appeal and Error — Failure to File Brief — Dismissal.**

Where plaintiff in error has filed no brief on the day the cause is set for submission, nor asked for an extension of time within which to file brief, the appeal will be dismissed.

Error from County Court, Kiowa County.

Action between Alexander Grain Company and John A. Scott. Judgment for the latter, and the former brings error. Dismissed.

Mounts & Davis, for plaintiff in error.

J. W. Mansell, for defendant in error.

PER CURIAM. Under the rules of this court, brief of the plaintiff in error should

have been filed January 12, 1918, but on that day an extension of 20 days was granted plaintiff in error in which to file its brief. The cause was duly set for submission February 12, 1918, and, the plaintiff having failed to file its brief or ask for a further extension of time, the appeal is dismissed.

All the Justices concur.